*E-Filed 7/29/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID BRUCE GLOVER, | No. C 11-03014 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| BILL ZIKA, et al., | |
| Defendants. | |

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. Plaintiff was ordered to file a complete application to proceed *in forma pauperis* ("IFP"), or pay the filing fee of $350.00, within 30 days, or face dismissal of the action. More than 30 days have passed and plaintiff has not paid the filing fee or filed an IFP application. Accordingly, the action is DISMISSED without prejudice to plaintiff paying the filing fee or filing a properly completed IFP application.

**IT IS SO ORDERED**.

DATED: July 29, 2011

RICHARD SEEBORG
United States District Judge