*E-Filed 9/13/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID BRUCE GLOVER, | No. C 11-3014 RS (PR) |
| Plaintiff, | **ORDER DENYING MOTIONS** |
| v. | |
| BILL ZIKA, et al., | |
| Defendants. | |

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. This action was dismissed and judgment was entered in favor of defendants on July 29, 2011. Plaintiff's motion to reopen (Docket No. 11), and his motion to voluntarily dismiss the action (Docket No. 12), are DENIED. The Clerk shall terminate Docket Nos. 11 & 12.

**IT IS SO ORDERED**.

DATED: September 13, 2011

RICHARD SEEBORG
United States District Judge